UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ARROYO,<br><br>  Plaintiff,<br><br>  v.<br><br>GRAHAM PACKAGING CO., L.P., et al.,<br><br>  Defendants. | Case No. 1:22-cv-00579-JLT-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT**<br><br>(Doc. 11) |

On December 16, 2022, the parties filed a stipulation to allow: (1) Plaintiff to file a first amended complaint in the form attached to the stipulation to add Graham Packaging Pet Technologies Inc. as a named defendant; (2) Plaintiff to cause the first amended complaint to be served within ten (10) court days after the Court's entry of an order deeming the first amended complaint to be filed; and (3) Defendants to answer or otherwise respond to the first amended complaint within thirty (30) days from the date of service. (Doc. 11.) On the same date, Plaintiffs filed a Third Amended Complaint. (Doc. 79.)

Having considered the parties' request, and for cause appearing, including in the interest of judicial economy and efficiency for the parties' and the Court, IT IS HEREBY ORDERED as follows:

1. The stipulation allowing Plaintiff to file the first amended complaint to add Graham Packaging Pet Technologies Inc. as a named defendant is GRANTED;

1

2. Plaintiff shall file the first amended complaint attached to the stipulation within five (5) Court days;

3. Plaintiff will cause the first amended complaint to be served within ten (10) Court days after filing; and

4. Defendants shall answer or otherwise respond to the first amended complaint within thirty (30) days from the date of service of the first amended complaint.

IT IS SO ORDERED.

Dated: **December 19, 2022**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE