1

2

3                    UNITED STATES DISTRICT COURT

4              FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6    MARGARITA ARROYO,                      Case No.  1:22-cv-00579-JLT-BAM

7              Plaintiff,                   **ORDER REGARDING DISCOVERY
                                            DISPUTES**
8         v.
                                            (Docs. 25, 29)
9    GRAHAM PACKAGING COMPANY,
     L.P., et al.,                          **ORDER VACATING HEARING**
10
              Defendants.
11

12

13

14        On July 14, 2023, the Court received Plaintiff's Motion to Compel Discovery, which is

15   scheduled to be heard August 18, 2023.  (Doc. 25.)  The Court subsequently ordered Plaintiff to

16   meet and confer with Defendants regarding the discovery dispute and, if necessary, file a "Joint

17   Statement Re Discovery Disagreement" at least fourteen (14) days before the scheduled hearing

18   date.  (Doc. 28.)  On August 1, 2023, Defendants filed a separate Joint Statement of Disagreement

19   regarding a dispute over Plaintiff's medical providers and relevant medical records, which has not

20   been noticed for hearing.  (Doc. 29.)

21        In light of the ongoing discovery disputes and in the interest of the just, speedy, and

22   inexpensive resolution of these proceedings, the Court VACATES the hearing on Plaintiff's

23   Motion to Compel Discovery set for August 18, 2023, and SETS an informal status conference

24   with the parties for **August 10, 2023 at 9:00 AM in Courtroom 8 (BAM) before Magistrate**

25   **Judge Barbara A. McAuliffe**.  No hearing will be set on Defendant's Joint Statement of

26   Disagreement (Doc. 29).  The parties shall appear at the conference remotely either via Zoom

27   video conference or Zoom telephone number.  The parties will be provided with the Zoom ID and

28   password by the Courtroom Deputy prior to the conference.  The Zoom ID number and password

                                          1

1    are confidential and are not to be shared. Appropriate court attire required.

2         The parties are reminded that meet and confer requirements are imposed so that the parties

3    may resolve their differences and narrow the issues for the Court's review. L.R. 251.  The parties

4    are further reminded that counsel are required to conduct at least one telephonic or in-person

5    conference as part of their obligations to meet and confer in good faith to resolve their discovery

6    dispute prior to seeking judicial intervention.

7         The Court also invites the parties to resolve discovery disputes informally through the

8    Court's discovery resolution process. Upon stipulation of the parties, Judge McAuliffe will

9    resolve discovery disputes by informal telephonic conference outside the formal procedures of the

10   Local Rules and Federal Rules of Civil Procedure governing noticed motions to compel. The

11   procedures for requesting an informal telephonic conference are set forth in Judge McAuliffe's

12   Case Management Procedures located on the Court's website, http://www.caed.uscourts.gov.  The

13   Court may additionally schedule an informal conference before deciding any formally noticed

14   discovery motion.

15        Finally, the parties' conduct should assist in securing the just, speedy, and inexpensive

16   determination of every action and proceeding.  Fed. R. Civ. P. 1.  The parties are admonished

17   against unnecessarily burdening the Court's limited resources.  If the parties are unable to meet

18   and confer and resolve issues in good faith, the Court, in its discretion, may set an IN PERSON

19   meet and confer conference in Courtroom 8 (BAM) before Magistrate Judge Barbara A.

20   McAuliffe, where counsel will be required to personally appear in court to further meet and

21   confer to resolve the outstanding discovery issues.

22   IT IS SO ORDERED.

23        Dated:   **August 4, 2023**                    /s/ Barbara A. McAuliffe

24                                                      UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                                  2