UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ARROYO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GRAHAM PACKAGING COMPANY, L.P., et al.,<br><br>　　　　　Defendants. | Case No.  1:22-cv-00579-JLT-BAM<br><br>**ORDER REGARDING INFORMAL STATUS CONFERENCE**<br><br>**ORDER VACATING REMAINING DATES IN SCHEDULING CONFERENCE ORDER**<br><br>Dispositive Motion Filing: September 8, 2023<br><br>Pretrial Conference:    January 26, 2024<br><br>Jury Trial:             April 1, 2024 |

On August 17, 2023, the Court convened an informal status conference to address ongoing discovery disputes. During this conference, the parties discussed the three pending discovery disputes on the docket. (Docs. 25, 29, 35.) First, the parties agreed that Plaintiff's Motion to Compel Discovery (Doc. 25) was resolved. Plaintiff also informed the Court that during the meet and confer process for that motion, new documents were produced to Plaintiffs, including a document related to job openings prepared in advance of Defendants' 30(b)(6) witness testimony. Plaintiff now requests additional time to depose Defendants' witness in relation to this document.

Second, on Defendants' discovery disagreement regarding Plaintiff's failure to disclose medical providers and documents (Doc. 29), Plaintiff's counsel stated that they would supplement their production to Defendant pursuant to their Fed. R. Civ. P. 26 duty to disclose, including providing a thumb drive of Plaintiff's medical records, and would meet and confer with Defendants regarding the scope of Defendants' subpoenas. However, Plaintiff's counsel maintained their objections to the scope of Defendants' subpoenas. Defendants' discovery disagreement on this issue therefore remains unresolved.

Third, the parties addressed Plaintiff's Motion to Compel the Deposition of Dr. Paul Berg (Doc. 35) and Joint Statement regarding Discovery Disagreement (Doc. 31).  The central issues in this dispute are: (a) whether Plaintiff's clinical and forensic psychologist expert witness, Dr. Bennett Williamson, should be permitted to testify despite an untimely Fed. R. Civ. P. 26 disclosure; and (b) whether Defendants must produce their rebuttal expert witness, Dr. Paul Berg, for deposition.  Defendants' counsel stated that Dr. Berg was intended to be a defensive expert witness and would only be called if Dr. Williamson was permitted to testify.  Plaintiff's counsel stated that the Rule 26 disclosure was untimely due to Dr. Williamson taking longer than expected to prepare his report, and argued that Plaintiff was entitled to the deposition of Dr. Berg following Dr. Berg's independent medical evaluation of Plaintiff.  This discovery dispute remains unresolved.

**CONCLUSION AND ORDER**

In light of the ongoing discovery disputes, the Court orders as follows:

1. For <u>each</u> of the three remaining discovery disputes (e.g. further deposition of Defendants' witness regarding job openings, disclosure of Plaintiff's medical providers and documents, and expert witnesses), Plaintiff and Defendants SHALL EACH FILE a two-page synopsis ONLY, either in memo or letter format, no later than **September 8, 2023**.  NO attachment or exhibits, two pages ONLY.  Each synopsis shall include the party's principal argument on the issue, key facts on the issue, why the party is prejudiced without the disputed material, and whether the party consents to the Court's informal discovery dispute resolution of the dispute.  As previously discussed, upon stipulation of the parties, Judge McAuliffe will resolve discovery disputes by informal telephonic conference outside the formal procedures of the Local Rules and Federal Rules of Civil Procedure governing noticed motions to compel. The procedures for requesting an informal telephonic conference are set forth in Judge McAuliffe's Case Management Procedures located on the Court's website, http://www.caed.uscourts.gov.

2. The dates set for Pretrial Motion Filing Deadline, Pretrial Conference, and Jury Trial in the Court's Scheduling Conference Order (Doc. 10) and subsequent minute order (Doc. 33) are VACATED.

3. The parties SHALL meet and confer regarding resolution of the remaining discovery disputes and potential settlement of this matter.

4. If Plaintiff's Motion to Compel Discovery (Doc. 25) was resolved as represented by counsel, Plaintiff SHALL file a Notice of Withdrawal regarding this motion.

IT IS SO ORDERED.

Dated: **August 17, 2023**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE