UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ARROYO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GRAHAM PACKAGING COMPANY, L.P., et al.,<br><br>　　　　Defendants. | Case No.: 1:22-cv-00579-JLT-BAM<br><br>ORDER DISMISSING ACTION AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Doc. 56) |

On December 18, 2023, Plaintiff Margarita Arroyo filed a notice of voluntary dismissal of this action with prejudice. (Doc. 56.) Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. However, Defendants Graham Packaging Company, L.P. and Graham Packaging Pet Technologies Inc. filed an answer to the operative First Amended Complaint on January 19, 2023. (Doc. 15.) Accordingly, in a Minute Order issued December 22, 2023, the Court indicated it would construe the notice of dismissal as a motion brought under Fed. R. Civ. P. 41(a)(2) and directed Defendants to file any opposition within fourteen days. (Doc. 57.) On December 26, 2023, Defendants filed a statement of non-opposition. (Doc. 56.) Considering the request and the non-

1

1  objection to dismissal with prejudice, the Court will grant the motion.

2      Accordingly:

3      (1) This action is **DISMISSED WITH PREJUDICE**.

4      (2) The Clerk of Court is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated:   **January 10, 2024**　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE